UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GANIS CREDIT CORPORATION,
a Delaware Corporation

    Plaintiff,

vs.

DEREK N. BELL,

    Defendant

CIVIL ACTION NO. 04-MBD-10320

### ANSWER OF TRUSTEE

The Manufacturers Life Insurance Company (U.S.A.) ("Manulife Financial"), summoned as trustee of the defendant in the above-captioned matter, makes answer that at the time of the service of the summons upon said trustee it had in its possession goods, effects and credits of the defendant in the gross amount of $1,087,034.98, the same being the account value of the defendant's variable annuity, contract number 2361264.

Manulife Financial further answers that at the time of the service of the summons the withdrawal charge for the defendant's account was $78,654.77 and that withdrawals may be subject to federal and state taxes in addition to IRS penalties.

Signed under the pains and penalties of perjury this 30th day of November, 2004.

Anthony R. Marrama, Compliance Counsel
Manulife Financial U.S. Wealth Management
601 Congress Street – 6th Floor
Boston, Massachusetts 02210-2805
(617) 663-2502
Mass. BBO No.: 630511