UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GANIS CREDIT CORPORATION, )
a Delaware Corporation )
)
     Plaintiff, )     CIVIL ACTION NO.: 04 MBD 10320
vs. )
)
DEREK BELL )
)
    Defendant )

## MOTION TO CHARGE TRUSTEE

The Manufacturers Life Insurance Company (U.S.A.) ("Manulife Financial") has answered the trustee summons that this court issued and responded that it holds $1,087,034.98 in the name of Derek N. Bell.

WHEFORE, Ganis Credit Corporation requests that this court charge Manulife Financial upon the answer filed.

                **Plaintiff, GANIS CREDIT CORPORATION**

                By its attorneys,
                **ROBINSON & COLE**

                Elizabeth C. Sackett, BBO 633649
                One Boston Place, 25th Floor
                Boston, MA 02108-5151
                (617) 557-5900

Dated: December 1, 2004