UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GANIS CREDIT CORPORATION,<br>a Delaware Corporation<br><br>    Plaintiff,<br>vs.<br><br>DEREK BELL<br><br>    Defendant | CIVIL ACTION NO.: 04 MBD 10320 |

## MOTION TO UN-IMPOUND ALL DOCUMENTS FILED

Pursuant to L. R. 7.2, Plaintiff Ganis Credit Corporation requests that the court un-impound all documents filed in this case to date. In support of this motion, plaintiff states that the trustee has answered the trustee summons and there is no further need for confidentiality in this action.

WHEREFORE, Plaintiff respectively request that the court un-impound all documents filed in this case.

                                                  **Plaintiff, GANIS CREDIT CORPORATION**

                                                  By its attorneys,
                                                  **ROBINSON & COLE**

                                                  Elizabeth C. Sackett, BBO 633649
                                                  One Boston Place, 25th Floor
                                                  Boston, MA 02108-5151
                                                  (617) 557-5900

Dated: December 1, 2004

BOST1-844177-1