TRUSTEE EXECUTION        MBD NO. 04-10320

To the United States Marshal for the District of Massachusetts or either of his Deputies and to **Suvalle Jodrey & Associates**, Special Process Server:

WHEREAS **Ganis Credit Corporation** has recovered judgment against **Derek Bell** on the 25th day of **November, 2003**, in the United States District Court for the Middle District of Florida, Tampa Division for the sum of $ **406,607.13,** debt or damage, pre-judgment interest in the amount of $ **00.00**, and costs of this suit in the amount of $ **00.00**; and execution was likewise awarded for the same sum against the goods, effects, and credits of the Judgment Debtor in the hands and possession of **Anthony R. Marrama, Compliance Counsel** of **The Manufacturers Life Insurance Company (U.S.A.) k/n/a Manulife Financial U.S. Wealth Management, 601 Congress St., 6th Floor, Boston, MA,** trustee of the Judgment Debtor, as to us appears of record, whereof this Trustee Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor in the hands and possession of the trustee, jointly and severally, to cause to be paid and satisfied unto said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $ **406,607.13**, in the whole, with interest thereon at the rate of **1.3%** from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at **Boston**, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 5th day of JANUARY, 2005.

TONY ANASTAS
CLERK OF COURT

SEAL

By: Deputy Clerk

(Execution-MBDTrustee.wpd - 2/2000)    [writexec.]

BOST1-846750-1