UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GANIS CREDIT CORPORATION, )<br>a Delaware Corporation )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>DEREK BELL )<br>)<br>Defendant )  | CIVIL ACTION NO.: 04-10320 RGS |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff hereby voluntarily dismisses its complaint with prejudice. Defendant has not filed an answer or motion for summary judgment.

**Plaintiff, GANIS CREDIT CORPORATION**

By its attorneys,
**ROBINSON & COLE**

_/s/ Elizabeth C. Sackett_
Elizabeth C. Sackett, BBO 633649
One Boston Place, 25th Floor
Boston, MA 02108-5151
(617) 557-5900

Dated: October 17, 2006

BOST1-900466-1